[No. 47829-0-I. Division One. January 14, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ADAM LAMOUR ACREY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-8-04609-1, Julie Spector, J., entered October 23, 2000. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Agid, C.J., and Baker, J. Now published at 110 Wn. App. 769.

[No. 48006-5-I. Division One. January 14, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. OTAGUS COVERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-10357-2, Bruce W. Hilyer, J., entered January 10, 2001. *Remanded* by unpublished per curiam opinion.

[No. 48164-9-I. Division One. January 14, 2002.]

LARRY BULLIS, *Appellant*, v. THE STATE OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-17282-5, Linda Lau, J., entered February 13, 2001. *Reversed* by unpublished opinion per Cox, J., concurred in by Coleman and Appelwick, JJ.

[No. 48246-7-I. Division One. January 14, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. THADDIUS L. ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-00890-9, Anthony P. Wartnik, J., entered February 28, 2001. *Remanded* by unpublished per curiam opinion.